# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG

Case No. 1:22-cv-00774
Hon. Hala Y. Jarbou

TO: MIDORI PRODUCTS LLC
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

CLERK OF COURT



By: Deputy Clerk          8/25/2022 Date

## PROOF OF SERVICE

This summons for _____MIDORI PRODUCTS LLC_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____
                                                    _____
                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                    _____
                                                    Server's printed name and title

                                                    _____
                                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

Case No. 1:22-cv-00774
Hon. Hala Y. Jarbou

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG

TO: KDDS ENTERPRISES LLC
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk                           8/25/2022
                                              Date

## PROOF OF SERVICE

This summons for __KDDS ENTERPRISES LLC__ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Server's signature_

Additional information regarding attempted service, etc.:

_Server's printed name and title_

_Server's address_

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG

Case No. 1:22-cv-00774
Hon. Hala Y. Jarbou

TO: DAVID SEMAN
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

CLERK OF COURT



By: Deputy Clerk                     8/25/2022
                                     Date

## PROOF OF SERVICE

This summons for __DAVID SEMAN__ was received by me on _____.
(name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                      (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

Case No. 1:22-cv-00774

Hon. Hala Y. Jarbou

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG

TO: WILLIAM DEEDS
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



By: Deputy Clerk          8/25/2022
                              Date

---

## PROOF OF SERVICE

This summons for __WILLIAM DEEDS__ was received by me on _____.
(name of individual and title, if any)                                  (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                        _____
                                                  Server's signature

Additional information regarding attempted service, etc.:   _____
                                                              Server's printed name and title

                                                            _____
                                                                  Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG

Case No. 1:22-cv-00774
Hon. Hala Y. Jarbou

TO: RYAN RANDOLPH
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

CLERK OF COURT



By: Deputy Clerk          8/25/2022 Date

## PROOF OF SERVICE

This summons for _____ RYAN RANDOLPH _____ was received by me on _____.
(name of individual and title, if any)                                  (date)

☐ I personally served the summons on the individual at _____
on _____.                                                          (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)          (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

Case No. 1:22-cv-00774
Hon.    Hala Y. Jarbou

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES
LLC, DAVID SEMAN, WILLIAM DEEDS,
RYAN RANDOLPH, RYAN COOK,
ADAM JAFFE, ANTHONY NUZZO,
EMILY HALES, and CASEY YOUNG

TO: RYAN COOK
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

CLERK OF COURT



8/25/2022
By: Deputy Clerk                             Date

## PROOF OF SERVICE

This summons for _____RYAN COOK_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.
☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                       Server's signature

Additional information regarding attempted service, etc.:
                                       _____
                                       Server's printed name and title

                                       _____
                                       Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG

Case No. 1:22-cv-00774
Hon.   Hala Y. Jarbou

TO: ADAM JAFFE
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

CLERK OF COURT



8/25/2022
By: Deputy Clerk      Date

## PROOF OF SERVICE

This summons for ADAM JAFFE (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG

Case No. 1:22-cv-00774
Hon. Hala Y. Jarbou

TO: ANTHONY NUZZO
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

CLERK OF COURT



By: Deputy Clerk                    8/25/2022
                                    Date

---

## PROOF OF SERVICE

This summons for _____ANTHONY NUZZO_____ was received by me on _____.
            (name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)         (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES
LLC, DAVID SEMAN, WILLIAM DEEDS,
RYAN RANDOLPH, RYAN COOK,
ADAM JAFFE, ANTHONY NUZZO,
EMILY HALES, and CASEY YOUNG

Case No. 1:22-cv-00774
Hon. Hala Y. Jarbou

TO: EMILY HALES
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

CLERK OF COURT



8/25/2022
By: Deputy Clerk        Date

---

## PROOF OF SERVICE

This summons for _____ EMILY HALES _____ was received by me on _____.
(name of individual and title, if any)                (date)

☐ I personally served the summons on the individual at _____
on _____.                                             (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                       (name of organization)   (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                    Server's printed name and title

                                                    Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JENNIFER DONOVAN and
DANIEL DONOVAN

v.

MIDORI PRODUCTS LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG

Case No. 1:22-cv-00774
Hon. Hala Y. Jarbou

TO: CASEY YOUNG
ADDRESS: 520 NORTH MAIN STREET
ROYAL OAK, MI 48067

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Noah S. Hurwitz
Hurwitz Law PLLC
617 Detroit St., Suite 125
Ann Arbor, MI 48104

CLERK OF COURT



8/25/2022
By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for __CASEY YOUNG__ was received by me on _____.
(name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                             (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                    Server's signature

Additional information regarding attempted service, etc.:
                                                    Server's printed name and title

                                                    Server's address