UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER DONOVAN and
DANIEL DONOVAN;

          Plaintiffs,

MIDORI PRODUCTS LLC,
KDDS ENTERPRISES LLC,
DAVID SEMAN, WILLIAM DEEDS,
RYAN RANDOLPH, RYAN COOK,
ADAM JAFFE, ANTHONY NUZZO,
EMILY HALES, and CASEY YOUNG.

          Defendants.

Case No. 22-cv-00774
Hon. Hala Y. Jarbou

| HURWITZ LAW PLLC | DINSMORE & SHOHL LLP |
|---|---|
| Noah S. Hurwitz (P74063) | Frank T. Mamat (P36111) |
| Grant M. Vlahopoulos (P85633) | *Attorneys for Defendants* |
| Kara F. Krause (P85487) | 900 Wilshire Drive, Suite 300 |
| *Attorneys for Plaintiff* | Troy, MI 48084 |
| 617 Detroit St., Ste. 125 | (248) 647-6000 |
| Ann Arbor, MI 48104 | frank.mamat@dinsmore.com |
| (844) 487-9489 | |
| noah@hurwitzlaw.com | |
| grant@hurwitzlaw.com | |
| kara@hurwitzlaw.com | |

## STIPULATED ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

Defendants Midori Products, LLC, KDDS Enterprises, LLC, David Seman, William Deeds, Ryan Randolph, Ryan Cook, Adam Jaffe, Anthony Nuzzo, Emily Hayes and Casey Young (collectively "Defendants") and Plaintiffs are attempting to resolve this matter by way of settlement. Defendants' responsive pleading must currently be filed on or before Thursday September 15, 2022; the parties having accordingly agreed to extend Defendants' time to file its pleadings responsive to the Complaint from September 15, 2022 to September 28, 2022; Fed. R.

Civ. P. 6(b)(1)(A) permits such enlargements of time; and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that Defendants shall file their responsive pleading to the Complaint on or before September 28, 2022.

**IT IS SO ORDERED.**

 

_____
U.S. District Court Judge

**Approved as to Form and Substance:**

/s/ Noah Hurwitz (w/ consent)  
Noah S. Hurwitz (P74063)  
Grant M. Vlahopoulos (P85633)  
Kara F. Krause (P85487)  
*Attorneys for Plaintiffs*

/s/ Frank T. Mamat  
Frank T. Mamat (P36111)  
*Attorneys for Defendants*