UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER DONOVAN AND DANIEL DONOVAN,

    Plaintiffs,

v.

MIDORI PRODUCTS LLC, et al.,

    Defendants.

                              /

Case No. 1:22-cv-774

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed the Parties' Stipulated Order Extending Time to File Responsive Pleadings (ECF No. 5),

**IT IS ORDERED** that the Parties' stipulation (ECF No. 5) is **GRANTED**. Defendants shall file their responsive pleading to the Complaint on or before **September 28, 2022**.

Dated: September 16, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE