UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| JENNIFER DONOVAN and DANIEL DONOVAN,<br><br>          Plaintiffs,<br><br>v.<br><br>MIDORI PRODUCTS, LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG,<br><br>          Defendants. | Case No: 1:22-cv-774<br><br>Hon. Hala Y. Jarbou<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS** |

_____

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>Kara F. Krause (P85487)<br>HURWITZ LAW PLLC<br>Attorneys for Plaintiffs<br>617 Detroit Street, Suite 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurwitzlaw.com<br>grant@hurwitzlaw.com<br>kara@hurwitzlaw.com | Lee T. Silver (P36905)<br>Michael L. Gutierrez  (P79440)<br>SILVER & VAN ESSEN, P.C.<br>Attorneys for Defendants, Casey Young and Ryan Cook<br>300 Ottawa Avenue, NW, Suite 620<br>Grand Rapids, MI 49503<br>(616) 988-5600<br>ltsilver@silvervanessen.com<br>mgutierrez@silvervanessen.com |

Mark  C. Vanneste (P73001)
HOWARD & HOWARD ATTORNEYS, PLLC
Attorney for Defendants Midori Products, LLC, KDDS Enterprises LLC, David Seman, William Deeds, Ryan Randolph, Adam Jaffe, Anthony Nuzzo, and Emily Hales
450 W. 4th Street
Royal Oak, MI 48067
(248) 723-0472
mv@h2law.com

_____

Defendants, Casey Young and Ryan Cook, by their attorneys, Silver & Van Essen, P.C., as well as Defendants, Midori Products, LLC, KDDS Enterprises, LLC, David Seman, William Deeds, Ryan Randolph, Adam Jaffe, Anthony Nuzzo, and Emily Hales, by their attorneys, Howard & Howard Attorneys PLLC, state as follows:

1. Plaintiff's Complaint was filed August 24, 2022.

2. Due to a miscommunication, despite not having been served with the Complaint in this matter, the Court's docket presently requires Defendants to respond to Plaintiff's complaint by September 28, 2022.

3. Defendants Casey Young and Ryan Cook are represented in this matter by the law firm of Silver & Van Essen, P.C. Young and Cook did not engage, and are not represented by, attorney Frank Mamat of the Dinsmore & Shohl law firm, nor did they authorize attorney Mamat to enter an appearance in this matter or accept service on their behalf.

4. Defendants Midori Products, LLC, KDDS Enterprises, LLC, David Seman, William Deeds, Ryan Randolph, Adam Jaffe, Anthony Nuzzo, and Emily Hales did not engage, and are not represented in this civil action by, attorney Frank Mamat of the Dinsmore & Shohl law firm, nor did they authorize attorney Mamat to enter an appearance in this matter or accept service on their behalf.

5. Recent pleadings in this matter, including the Proposed Stipulation and Order (ECF No. 5); Order (ECF No. 6); and Corrected Order (ECF No. 7); erroneously state that Defendants agreed to respond to Plaintiff's complaint by September 28, 2022.

6. Defendants did not agree to respond to Plaintiff's complaint by September 28, 2022. In fact, Defendants Young, Cook, Seman, Deeds, Randolph, Jaffe, Nuzzo, and Hales have not even been served with Plaintiff's complaint in this matter.

7. Counsel for Defendants became aware of this issue on September 19, 2022 and contacted Plaintiff's counsel that day to inform him of the foregoing.

8. In light of the foregoing and in an effort to proceed efficiently with this matter, counsel for Defendants agreed to accept service on Defendants' behalf, Plaintiff's counsel agreed to stipulate to an extension of time of forty-five (45) days for Defendants to respond to Plaintiff's complaint, and all parties agreed to continue settlement negotiations through their respective counsel in an attempt to resolve this matter.

Now, therefore, the parties, through their undersigned counsel, stipulate and agree that Defendants shall have until November 14 to respond to Plaintiff's complaint in this matter, as set forth in the Proposed Order attached hereto as **Exhibit 1**.

Dated: September 20, 2022        By:  /s/  Noah S. Hurwitz
                                 Noah S. Hurwitz (P74063)
                                 Grant M. Vlahopoulos (P85633)
                                 Kara F. Krause (P85487)
                                 HURWITZ LAW PLLC
                                 Attorneys for Plaintiffs
                                 617 Detroit Street, Suite 125
                                 Ann Arbor, MI 48104
                                 (844) 487-9489
                                 noah@hurwitzlaw.com
                                 grant@hurwitzlaw.com
                                 kara@hurwitzlaw.com


Dated: September 20, 2022        By:  /s/   Michael L. Gutierrez
                                 Lee T. Silver (P36905)
                                 Michael L. Gutierrez  (P79440)
                                 SILVER & VAN ESSEN, P.C.
                                 Attorneys for Defendants, Casey Young and Ryan Cook
                                 300 Ottawa Avenue, NW, Suite 620
                                 Grand Rapids, MI 49503
                                 (616) 988-5600
                                 ltsilver@silvervanessen.com
                                 mgutierrez@silvervanessen.com

4

| | |
|---|---|
| Dated: September 20, 2022 | By:  /s/ Mark C. Vanneste<br>Mark C. Vanneste (P73001)<br>HOWARD & HOWARD ATTORNEYS, PLLC<br>Attorney for Defendants Midori Products, LLC, KDDS Enterprises LLC, David Seman, William Deeds, Ryan Randolph, Adam Jaffe, Anthony Nuzzo, and Emily Hales<br>450 W. 4th Street<br>Royal Oak, MI 48067<br>(248) 723-0472<br>mv@h2law.com |