UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| JENNIFER DONOVAN and DANIEL DONOVAN, <br><br> Plaintiffs, <br><br> v. <br><br> MIDORI PRODUCTS, LLC, KDDS ENTERPRISES LLC, DAVID SEMAN, WILLIAM DEEDS, RYAN RANDOLPH, RYAN COOK, ADAM JAFFE, ANTHONY NUZZO, EMILY HALES, and CASEY YOUNG, <br><br> Defendants. | Case No: 1:22-cv-774 <br><br> Hon. Hala Y. Jarbou <br><br> **<u>ORDER GRANTING STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS</u>** |

| | |
|---|---|
| Noah S. Hurwitz (P74063 <br> Grant M. Vlahopoulos (P85633) <br> Kara F. Krause (P85487) <br> HURWITZ LAW PLLC <br> Attorneys for Plaintiffs <br> 617 Detroit Street, Suite 125 <br> Ann Arbor, MI 48104 <br> (844) 487-9489 <br> noah@hurwitzlaw.com <br> grant@hurwitzlaw.com <br> kara@hurwitzlaw.com <br><br> Mark C. Vanneste (P73001) <br> HOWARD & HOWARD ATTORNEYS, PLLC <br> Attorney for Defendants Midori Products, LLC, KDDS Enterprises LLC, David Seman, William Deeds, Ryan Randolph, Adam Jaffe, Anthony Nuzzo, and Emily Hales <br> 450 W. 4th Street <br> Royal Oak, MI 48067 <br> (248) 723-0472 <br> mv@h2law.com | Lee T. Silver (P36905) <br> Michael L. Gutierrez (P79440) <br> SILVER & VAN ESSEN, P.C. <br> Attorneys for Defendants, Casey Young and Ryan Cook <br> 300 Ottawa Avenue, NW, Suite 620 <br> Grand Rapids, MI 49503 <br> (616) 988-5600 <br> ltsilver@silvervanessen.com <br> mgutierrez@silvervanessen.com |

The Court having reviewed the Stipulation and Order to Extend Deadline to File Responsive Pleadings signed by counsel for the parties, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that Defendants shall have until **November 14** to respond to Plaintiff's complaint in this matter.

**IT IS SO ORDERED**.

Dated: September _____, 2022          _____
                                      Hon. Hala Y. Jarbou
                                      United States District Judge